UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD BONNEWELL,

      Plaintiff,

v.                                                          Case No:  8:25-cv-02873-JLB-AAS

GULFCOAST SOFTWARE
SOLUTIONS, LLC, *et al.*,

      Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 37), recommending that: the parties' Joint Motion to Approve Settlement of FLSA Claims (Doc. 35) be granted; the settlement agreement (Doc. 35-1) be accepted, adopted, and approved by the court, and the parties be ordered to comply with the terms of the executed settlement agreement; the action be dismissed with prejudice; and the court retain jurisdiction to enforce the terms of the settlement agreement. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 37) is **ADOPTED** and made a part of this Order for all purposes.

2. The parties' Joint Motion to Approve Settlement of FLSA Claims (Doc. 35) is **GRANTED**.

3. The settlement agreement (Doc. 35-1) is accepted, adopted, and approved by the court, and the parties are ordered to comply with the terms of the executed settlement agreement.

4. The action is **DISMISSED with prejudice**.

5. The court retains jurisdiction to enforce the terms of the settlement agreement.

6. The Clerk of Court is **DIRECTED** to terminate all pending deadlines and to close the case.

**IT IS ORDERED** in Tampa, Florida, on July 16, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE